**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF NOVEMBER 12, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76099 | Dion Young vs. State of Missouri |
| WD76336 | Jarvis A. Stevens vs. State of Missouri |
| WD76572 | Richard I. Jenkins vs. State of Missouri |
| WD77336 | Michael Bledsoe vs. Missouri Board of Probation and Parole and Missouri Department of Corrections, et al |
| WD76617 | Justin R. Bennett vs. State of Missouri |
| WD76804 | Kevin Carter vs. State of Missouri |
| WD76839 | Thomas H. Hagedorn vs. Valerie J. Hagedorn |
| WD77110 | George M. Kniest vs. State of Missouri |
| WD77380 | Brenton Tolson vs. Division of Employment Security |
| WD77469 | Aileen Falcone vs. Division of Employment Security |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76095 | State of Missouri vs. Moreno Antonio Salinas |
| WD76125 | State of Missouri vs. Bradley W. Ise |
| WD76126 | Consolidated with WD76125 |
| WD76127 | Consolidated with WD76125 |
| WD76233 | State of Missouri vs. Gatlauk Chuol Bol |
| WD76543 | State of Missouri vs. Anthony Tyree Graves |
| WD76661 | State of Missouri vs. David R. Harrison |